UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-24263-JLK

SEAN MALONE,

    Plaintiff,

v.

MR. GLASS DOORS & WINDOWS

MANUFACTURING, LLC, d/b/a

MR. GLASS DOORS AND WINDOWS,

and ULISES SENARIS,

    Defendants.

_____/

**ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS' PARTIAL MOTION TO DISMISS**

THIS CAUSE is before the Court on the July 15, 2022, Report and Recommendation ("R&R") (DE 19) of Magistrate Judge Melissa Damian. No objections were filed and the time to do so has passed.

The R&R recommends that Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint (DE 13), filed February 28, 2022, be granted in part and denied in part, specifically as ordered herein. *See* R&R. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Damian's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Melissa Damian's Report and Recommendation **(DE 19)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Defendants' Motion to Dismiss **(DE 13)** be, and the same hereby is, **DENIED** as to Counts I, II, III, V, XII, and XIII as against Defendant Mr. Glass Doors & Windows Manufacturing, LLC;

3. **GRANTED** as to Counts VII, VIII, IX, X, and XI as against both Defendants;

4. **GRANTED** as to Counts II and V as against Defendant Ulises Senaris, individually; and

5. Defendant **SHALL FILE** its Answer within twenty (20) days.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of August, 2022.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All counsel of record
      Magistrate Judge Melissa Damian